FILED

MAY 11 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | **JUDGE CALABRESE** |
| ) | |
| v. ) | CASE NO. 1:22 CR 232 |
| ) | Title 21, United States Code, |
| ALFONZO KANE, ) | Sections 841(a)(1), (b)(1)(B), |
| JAVON L. DAWSON, ) | and (b)(1)(C); Title 18, United |
| ) | States Code, Sections 922(g)(1) |
| Defendants. ) | and 924(a)(2) |

COUNT 1
(Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine,
21 U.S.C. § 846)

The Grand Jury charges:

1. In or around April 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ALFONZO KANE and others known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with each other to distribute and possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(B)
(Prior Serious Drug Felony Conviction, 21 U.S.C. § 841(b)(1)(B))

The Grand Jury further charges:

2. Before Defendant ALFONZO KANE committed the offenses charged in Counts 1 and 3 of this Indictment, Defendant had a final conviction for a serious drug felony, namely, a

conviction for Possession with Intent to Distribute Cocaine Base, under case number 1:03-CR-94 in the United States District Court for the Northern District of Ohio, on or about March 18, 2004, for which Defendant served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the offenses charged in Counts 1 and 3 of this Indictment.

COUNT 2
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about April 6, 2021, in the Northern District of Ohio, Defendant ALFONZO KANE did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 3
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

4. On or about April 26, 2021, in the Northern District of Ohio, Eastern Division, Defendant ALFONZO KANE knowingly possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 4
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

5. On or about April 26, 2021, in the Northern District of Ohio, Eastern Division, Defendant JAVON L. DAWSON, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Assault with a Firearm,

in case number CE370592, on or about May 9, 2018, in the Superior Court of California, County of San Diego, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Taurus semiautomatic pistol, model G3c, 9mm, bearing serial number ABJ960936, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

6. For the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853; Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 4 are incorporated herein by reference. As a result of the foregoing offenses, Defendants ALFONZO KANE and JAVON L. DAWSON shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the federal drug violations in Counts 1 through 3; any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the federal drug violations charged in Counts 1 through 3; and any and all firearms and ammunition involved in or used in the commission of the federal firearm violation charged in Count 4, including, but not limited to, the following: a Taurus semiautomatic pistol, model G3c, 9mm, bearing serial number ABJ960936, seized on April 26, 2021.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.